

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 14, 2023

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

RE:   *DiMeglio v. Hollywood At Home, Inc.*
      Case No.: 1:23-cv-04100-JPC

Dear Judge Cronan:

We represent the Plaintiff in the above-referenced action, and write to request an extension of seven (7) days to submit our response to Defendant's motion for a pre-motion conference. The new due date would be July 21, 2023.

This is the first request for more time to respond to this motion, and counsel for Defendant has graciously consented to this request.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.

The request is granted. Plaintiff shall respond to Defendant's letter by July 21, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 10.

SO ORDERED.
Date: July 17, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge